UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cr-0022-1

**United States of America**

v.

**Paul Eugene Lantrip**

### ORDER

This criminal action was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b)(3). Judge Mitchell held a final revocation hearing on May 6, 2021 and issued a report and recommendation as to the disposition of this matter. Doc. 15. Defendant waived his right to object to the report, agreed to the revocation of his supervised release, agreed to the sentence below, and waived his right to be present for sentencing. Doc. 14.

The court hereby **accepts** the report and recommendation of the United States Magistrate Judge. Defendant's supervised release is **revoked** and the court **orders** that defendant Paul Eugene Lantrip be sentenced to 20 months of imprisonment with no further supervised release.

*So ordered by the court on May 17, 2021.*

J. CAMPBELL BARKER
United States District Judge